UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAM SALCIDO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case Nos.  5:24-cv-06462 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Yvonne Gonzalez for consideration of whether the case is related to 4:20-cv-03664 YGR, *Chasom Brown, et al. v. Google LLC, et al.*

**IT IS SO ORDERED.**

Dated:  September 17, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 24-cv-06462
SUA SPONTE JUDICIAL REFERRAL